IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA, PITTSBURGH DIVISION

| | |
|---|---|
| ALEXANDRA R. TRUNZO and ANTHONY HILISTA, individually and on behalf of other similarly situated former and current homeowners in Pennsylvania,<br><br>        Plaintiff,<br><br>   v.<br><br>CITIMORTGAGE, a mortgage servicer; LBPS, a mortgage servicer; and PHELAN, HALLMAN & SCHMEIG, LLP, a law firm and debt collector,<br><br>        Defendants. | Case No. 2:11-cv-01124<br><br>Judge Hornak |

**CITIMORTGAGE, INC.'S MOTION TO STRIKE CLASS ALLEGATIONS**

Pursuant to Rule 23(d)(1)(D) of the Federal Rules of Civil Procedure, and for the reasons set forth in the Memorandum of Law in Support of CitiMortgage, Inc.'s Motion to Strike Class Allegations, which is incorporated herein by reference, CitiMortgage, Inc. respectfully requests that the Court strike all class allegations in the Amended Class Action Complaint with respect to CitiMortgage, Inc.

Dated: July 19, 2012

Respectfully submitted,

CITIMORTGAGE, INC.

By: /s/ Thomas R. Johnson
Thomas R. Johnson
tom.johnson@klgates.com
Samantha L. Brutout
samantha.brutout@klgates.com
K & L Gates LLP
K & L Gates Center
210 Sixth Avenue

1

Pittsburgh, PA 15222-2613
Telephone: (412) 355-6488
Facsimile: (412)355-6501


Debra Bogo-Ernst (admitted *pro hac vice*)
   dernst@mayerbrown.com
Lucia Nale (*pro hac* application forthcoming)
   lnale@mayerbrown.com
MAYER BROWN LLP
71 South Wacker Drive
Chicago, IL  60606
Telephone:  (312) 782-0600
Facsimile:   (312) 701-7711

*Attorneys for Defendant CitiMortgage, Inc.*