IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALEXANDRA R. TRUNZO and ANTHONY HLISTA, <br><br> Plaintiffs, <br><br> v. <br><br> CITI MORTGAGE, et al <br><br> Defendants. | Civil Action No. 2:11-cv-01124 <br><br> Judge Mark R. Hornak |

## ORDER

**AND NOW,** this 31st day of March, 2014, for the reasons set forth in the Opinion of the Court of this date it is **ORDERED** that (1) Defendant CitiMortgage, Inc.'s Motion to Strike Class Allegations, ECF No. 80 is granted; (2) Defendant Phelan, Hallinan, and Schmieg, LLP's Motion Pursuant to Federal Rule of Civil Procedure 12(c) to Dismiss Class Action Allegations, ECF No. 100, is denied without prejudice; and (3) Defendant Seterus, Inc.'s Motion to Deny Class Certification, ECF No. 103, is also denied without prejudice. Citi's Motion for Protective Order, ECF No. 106, and Plaintiffs' Motion to Compel, ECF No. 122, are each denied as moot. Counsel shall meet and confer, and file a joint proposed Amended Case Management Order, on or before May 2, 2014.

Dated: March 31, 2014
cc: All counsel of record

Mark R. Hornak
United States District Judge